ELIZABETH A. STRANGE
First Assistant United States Attorney
District of Arizona
HEATHER H. SECHRIST
Assistant United States Attorney
State Bar No.: 023099
United States Courthouse
405 W. Congress Street, Suite 4800
Tucson, Arizona 85701
Telephone: 520-620-7300
Email: heather.sechrist@usdoj.gov
Attorneys for Plaintiff

FILED

2018 JUL -3 PM 4: 58

CLERK US DISTRICT COURT
DISTRICT OF ARIZONA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

RM(LCK)

| United States of America, | CR 18-1272 TUC |
|---|---|
| Plaintiff, | **INDICTMENT** |
| vs. | Violations: |
| Raul Rodriguez-Perez, | 8 U.S.C. § 1326(a) |
| Defendant. | (Illegal Reentry) |

**THE GRAND JURY CHARGES:**

On or about June 8, 2018, at or near Patagonia, in the District of Arizona, Raul Rodriguez-Perez, an alien, entered and was found in the United States of America after having been denied admission, excluded, deported, and removed therefrom at or near Eagle Pass, Texas, on or about June 11, 2016, and not having obtained the express consent of the

///

1 | Attorney General or the Secretary of the Department of Homeland Security to reapply for
2 | admission thereto; in violation of Title 8, United States Code, Section 1326(a).

A TRUE BILL

/ S /

———————————————
Presiding Juror

ELIZABETH A. STRANGE
First Assistant United States Attorney
District of Arizona

/ S /

Assistant United States Attorney

Dated:   July 3, 2018

PUBLIC DISCLOSURE